UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUSAN E NAVARRA,

          Plaintiff,

    v.

TORNIER, INC., et al.,

          Defendants.

Case No. 24-cv-06150-NW

**ORDER GRANTING MOTION TO APPEAR REMOTELY; ORDER TO SHOW CAUSE AND CONVERTING JULY 8, 2026 HEARING**

Re: ECF Nos. 56, 57

On May 21, 2026, Defendants Tournier, Inc. and Stryker Corporation (collectively, "Defendants") filed a motion for summary judgment. ECF No. 56. Pursuant to Civil Local Rule 7-3(a), self-represented Plaintiff Susan Navarra's response was due on June 4, 2026.

Navarra did not file an opposition or otherwise respond to Defendants' motion. But, on June 9, 2026, Navarra moved jointly with Defendants to appear remotely at the July 8, 2026 hearing on the motion for summary judgment. ECF No. 57.

By filing the joint motion, Navarra confirms that she is aware of the motion for summary judgment. In light of her failure to respond, the Court ORDERS Navarra to show cause in writing why the Court should not grant Defendants' motion and enter judgment in Defendants' favor. Navarra's response is due **June 17, 2026**. The Court further CONVERTS the July 8, 2026 hearing into a hearing on the order to show cause and GRANTS the parties' request to appear remotely.

The Court directs Navarra to the "Representing Yourself" webpage of the Court's website, available at https://cand.uscourts.gov/representing-yourself, as well as the Court's Legal Help Centers for self-represented parties.

///

///

**IT IS SO ORDERED.**

Dated: June 10, 2026

_____

Noël Wise
United States District Judge

United States District Court
Northern District of California

2